BELLE CAMPERLAND, INC. *v.* TERRANCE J. ROCK ET AL.
(3335)

SPALLONE, DALY and BIELUCH, Js.

Argued October 11—decision released October 29, 1985

*Joseph P. Fasi* filed a brief for the appellant (plaintiff).

*Neil F. Murphy, Jr.,* for the appellee (defendant Rock Brothers Tires, Inc.).

PER CURIAM. There is no error.